IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA HAAR,<br><br>Debtor.<br>――――――――――――――――――<br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | Case No. 1:25-mc-00057-EPG<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT AND<br>RETAINING JURISDICTION**<br><br>**(ECF No. 21)** |

On April 30, 2026, the United States filed a request for an order terminating the writ of garnishment and asking the Court to retain jurisdiction:

> The United States has entered into a payment agreement with Defendant, resolving this garnishment action. Pursuant to 28 U.S.C. § 3205(c)(10), the United States requests the entry of an order terminating the writ of garnishment and that the hearing set for May 7, 2026, be vacated.

> The United States requests that this Court leave this case open and retain jurisdiction for a potential action against Wells Fargo Bank, N.A., pursuant to 28 U.S.C. § 3205(c)(6), for its failure to comply with the writ. *See* ECF 11 at 5 and n.1 & n.2.

(ECF No. 21, pp. 1–2).

1

Upon consideration, IT IS ORDERED as follows:

1.       Pursuant to 28 U.S.C. § 3205(c)(10), the United States's request (ECF No. 21) is granted and the writ of garnishment issued on July 1, 2025, is TERMINATED.

2.       The hearing set for May 7, 2026, is VACATED. (ECF No. 20).

3.       The Court retains jurisdiction over any potential claims against Wells Fargo Bank, N.A., pursuant to 28 U.S.C. § 3205(c)(6).

IT IS SO ORDERED.

Dated:    **May 4, 2026**                          /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

2